RUSSELL K. SADLER, Respondent, v. BYRD M. LATHAM and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH S. CLARK, Appellant, v. STANDARD ROCK ASPHALT CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH S. CLARK, Respondent, v. STANDARD ROCK ASPHALT CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH S. CLARK, Respondent, v. STANDARD ROCK ASPHALT CORPORATION, Appellant.— Order modified by striking out provision for inspection of books and papers in the State of New York, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES A. GATES, Appellant, v. EXPORT STEAMSHIP CORPORATION, Defendant, Impleaded with WILLIAM J. O'TOOLE STEVEDORING CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH J. SCHICKLER, Respondent, v. PENROD COMPANY, INC., Defendant, Impleaded with BEN WIENER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INTERBORO INDUSTRIAL CORPORATION, Appellant, v. THE ROSS STORES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Respondent, v. 50 WEST 77TH STREET CORPORATION, Appellant.— Order so far as appealed from modified so as to grant the motion for a bill of particulars as to all items in full, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

50 WEST 77TH STREET CORPORATION, Respondent, v. TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Appellant.— Order so far as appealed from modified by limiting the inspection to the books and records shown to be relevant and material for use in connection with the examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. (See *Strong & Trowbridge Co.* v. *Defiance Machine Works*, 182 App. Div. 869; *Zeltner* v. *Fidelity & Deposit Co. of Maryland*, 220 id. 21.) The date for the examination to proceed to be fixed in the order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.